1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

In re PALOMAR CRASH OF JANUARY 24, 2006

Master File No. 06-CV-02711-DMS-POR

12
13

**ORDER OF DISMISSAL WITH PREJUDICE**

14

This Document Relates To All Consolidated Cases

[Doc. 332]

15
16

      IT IS HEREBY ORDERED that all claims of Plaintiffs Steven Shafran, individually, and

17 as Successor in Interest to Janet Shafran, deceased; Anne M. Shafran, a minor at the commencement

18 of this case and now an adult, individually and as Successor In Interest to Janet Shafran, deceased;

19 Margaret C. Shafran, a minor, individually and as Successor In Interest to Janet Shafran, deceased,

20 by and through her Guardian Ad Litem, Jay Shafran; Reid J. Shafran, a minor, individually and as

21 Successor In Interest to Janet Shafran, deceased, by and through his Guardian Ad Litem, Jay Shafran;

22 Isabelle B. Shafran, a minor, individually and as Successor In Interest to Janet Shafran, deceased, by

23 and through her Guardian Ad Litem, Jay Shafran against defendants Goship Air, LLC, JaxAir, LLC,

24 the Estate of John C. Francis, and the Estate of James A. Garratt in Case # 08 CV 0702 DMS-POR,

25 consolidated with 06-CV-02711-DMS-POR, be DISMISSED with prejudice.  All parties will bear

26 their own costs and attorney fees.  This order has no effect on any of the other consolidated cases, nor

27 does it have any effect on the claims of the defendants herein against the United States of America and

28 the County of San Diego.

- 1 -

1    **IT IS SO ORDERED.**

2    DATED:  January 5, 2010

3    _____

4    HON. DANA M. SABRAW
     United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28